UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAMMO, INC.,

                Plaintiff,

– against –

DAVID SMOTHERMON,

                Defendant.

**ORDER**

22 Civ. 4446 (ER)

RAMOS, D.J.

      On May 30, 2022, Trammo, Inc. filed the instant action against David Smothermon. Doc 1. On August 23, 2022, Smothermon filed a motion to dismiss the complaint. Doc. 8. The Court dismisses Smothermon's motion without prejudice for failure to file a letter requesting a pre-motion conference, pursuant to Rule 2(A)(ii) of Judge Ramos' Individual Practices, which can be found at https://nysd.uscourts.gov/hon-edgardo-ramos.

      The Clerk of Court is respectfully directed to terminate Smothermon's motion, Doc. 8.

It is SO ORDERED.

Dated: August 24, 2022
       New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.