UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAMMO, INC.,

                Plaintiff,

      -against-

DAVID SMOTHERMON,

               Defendant.

**ORDER**

22 Civ. 4446 (ER)

      Trammo, Inc. filed the Complaint on May 30, 2022.  Doc. 1.  David Smothermon requested a pre-motion conference for his anticipated motion to dismiss the Complaint on September 2, 2022.  Doc. 13.  The Court held the pre-motion conference on September 20, 2022.  For the reasons set forth on the record, the matter is stayed.  The parties are directed to submit a joint status report within 48 hours of the Supreme Court's decision in *Ciminelli v. United States*, No. 21-1170.

      SO ORDERED.

Dated:   September 20, 2022
             New York, New York

                                                      Edgardo Ramos, U.S.D.J.