UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAMMO, INC.,

              Plaintiff,

-*against*-

DAVID SMOTHERMON,

              Defendant.

**ORDER**

22-cv-04446 (ER)

RAMOS, D.J.:

      The allegations against David Smothermon in this case are related to facts alleged in a criminal case against Smothermon that is currently pending before Judge Hellerstein, *United States v. Smothermon*, No. 19-cr-00382 (AKH). This case is hereby stayed pending the resolution of the criminal case. The parties are directed to notify the Court after the resolution of the criminal case.

It is SO ORDERED.

Dated:   December 4, 2024
            New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.