UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAMMO, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>DAVID SMOTHERMON,<br><br>              Defendant. | Case No. 1:22-cv-04446<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL** |

The undersigned hereby stipulate and consent to the substitution of the law firm Steptoe LLP, by and through its attorneys, Julia Gatto and Drew C. Harris, as attorneys of record for Defendant David Smothermon in the above-captioned matter in place of and instead of Daniel J. O'Neill of Shapiro Arato Bach LLP. Steptoe LLP does not intend to seek modification of any existing deadlines or dates for court appearances in the case.

Dated: December 18, 2025

SHAPIRO ARATO BACH LLP

By: /s/ Daniel J. O'Neill
    Daniel J. O'Neill
    1140 Avenue of the Americas
    17th Floor
    New York, NY 10036
    212-257-4885
    Email: doneill@shapiroarato.com

By: /s/ David Smothermon
    David Smothermon

STEPTOE LLP

By: /s/ Julia Gatto
    Julia Gatto
    Drew Harris
    1114 Avenue of the Americas
    New York, New York 10036
    212 506-3900
    jgatto@steptoe.com
    dcharris@steptoe.com

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____

                                                            _____
                                                            Hon. Edgardo Ramos
                                                            United States District Judge
                                                            Southern District of New York