UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAMMO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SMOTHERMON,<br><br>    Defendant. | Case No. 1:22-cv-04446<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER SUBSTITUTING COUNSEL |

  The undersigned hereby stipulate and consent to the substitution of the law firm Steptoe LLP, by and through its attorneys, Julia Gatto and Drew C. Harris, as attorneys of record for Defendant David Smothermon in the above-captioned matter in place of and instead of Daniel J. O'Neill of Shapiro Arato Bach LLP. Steptoe LLP does not intend to seek modification of any existing deadlines or dates for court appearances in the case.

Dated: December 18, 2025

SHAPIRO ARATO BACH LLP

By: /s/ Daniel J. O'Neill
  Daniel J. O'Neill
  1140 Avenue of the Americas
  17th Floor
  New York, NY 10036
  212-257-4885
  Email: doneill@shapiroarato.com

By: /s/ David Smothermon
  David Smothermon

STEPTOE LLP

By: /s/ Julia Gatto
  Julia Gatto
  Drew Harris
  1114 Avenue of the Americas
  New York, New York 10036
  212 506-3900
  jgatto@steptoe.com
  dcharris@steptoe.com

~~[PROPOSED]~~ ORDER

**IT IS SO ORDERED.**

Dated: December 18, 2025

                      Hon. Edgardo Ramos
                      United States District Judge
                      Southern District of New York